FARMERS STATE BANK OF SARONVILLE, APPELLEE, V. SUTTON MERCANTILE COMPANY, APPELLANT.

FILED NOVEMBER 22, 1906.    No. 14,510.

APPEAL from the district court for Clay county: ROBERT C. ORR, JUDGE. *Reversed.*

*Paul E. Boslaugh, John A. Moore* and *Hall, Woods & Pound,* for appellant.

*T. H. Matters, contra.*

ALBERT, C.

This is a companion case to *First Nat. Bank of Sutton v. Sutton Mercantile Co.. ante*, p. 596. It presents precisely the same questions and requires the same disposition.

It is therefore recommended that the judgment of the district court be reversed and the cause remanded for further proceedings.

DUFFIE and JACKSON, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED.